IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SAGE LITTLE MOON,<br><br>　　　　　　　Defendant. | 4:21MJ3084<br><br>**ORDER** |

　　　　As requested in the government's motion, (Filing No. 4), which is hereby granted,

　　　　IT IS ORDERED  that the above-captioned case is dismissed.

　　　　Dated this 27th day of July, 2021.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge